UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,   Case Number: 06-10059
                Plaintiff,

                Honorable:Lawrence P. Zatkoff

-VS-

                Claim Number: C99-06207

KURT GROENVELD,
                Defendant,

## ORDER FOR ENTRY OF CONSENT JUDGMENT

Upon the stipulation of PAMELA S. RITTER, attorney for the UNITED STATES OF AMERICA, plaintiff herein,

IT IS HEREBY ORDERED that Judgment is entered in favor the UNITED STATES OF AMERICA, and against KURT GROENVELD, in the principal amount of $1,021 plus prejudgment interest from the date of default of date of judgment together with post-judgment interest pursuant to 28 U.S. C 1087, for a total balance owing as of February 3, 2006  $1,825.22

IT IS FURTHER ORDERED that the Defendant, KURT GROENVELD, may satisfy said Judgment by making monthly payments of $75.00 beginning March 3, 2006. Payments are to continue until the full amount of the Judgment including damages and post judgment interest is paid in full.  As long as the Defendant is in substantial compliance with this partial payment provision, no process shall issue for the enforcement of the Judgment.

IT IS FURTHER ORDERED that if the Defendant shall fail to make one single payment within ten (10) days of its due date, it will be deemed that the Defendant is not

in substantial compliance with the partial payment provisions of this Judgment, and such partial payment provisions as contained herein shall be terminated and held for naught, and the Plaintiff may issue any process for the enforcement of this Judgment.

                                              s/Lawrence P. Zatkoff

                                              LAWRENCE P. ZATKOFF
                                              UNITED STATES DISTRICT JUDGE

Dated: February 13, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on February 13, 2006.

                                              s/Marie E. Verlinde

                                              Case Manager
                                              (810) 984-3290